# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

**MEMO ENDORSED**

Direct Dial Number
+1-212-455-3252

E-mail Address
michael.osnato@stblaw.com

BY ECF

July 26, 2023

Re:  D.W. et al., v. New York City Department of Education, et al. (No. 23-cv-3179 (ER))

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Ramos:

I write on behalf of the Parties in the above-captioned action regarding Your Honor's July 10, 2023 order setting an initial case management and scheduling conference for August 17, 2023 at 11:00 a.m. (ECF. No. 21). The Parties respectfully request an adjournment of the August 17 conference due to pre-existing scheduling conflicts on August 17, including out-of-state travel for lead Plaintiffs' counsel. The Parties are available for a conference on any day the week of August 21, 2023 if the Court is available and if holding a conference that week would be convenient for the Court.

Respectfully submitted,

/s/ Michael J. Osnato, Jr.
Michael J. Osnato, Jr.

---

The request is granted. The initial conference, to be held by telephone, is rescheduled to Tuesday, September 5, 2023 at 10AM. The parties are instructed to dial (877) 411-9748 and enter access code 3029857# when prompted. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: July 27, 2023
New York, New York