

**MEMO ENDORSED**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

> The requests are granted.  The conference currently scheduled for March 20, 2025 is adjourned to March 27, 2025 at 10:00 a.m.  To the extent Plaintiffs' March 18 response requires a response from Defendants, Defendants' deadline to respond is extended to March 26, 2025.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated:  March 13, 2025
> New York, New York

**VIA ECF**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *D.W., et al. v. New York City Department of Education, et al.*, No. 23-cv-3179

Dear Judge Ramos:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for the New York City Department of Education and David C. Banks (in his official capacity) (collectively, "NYCDOE" or "Defendants") in this action. I write pursuant to Rule 1(E) of Your Honor's Individual Practices to respectfully request a brief adjournment of the telephonic pre-motion conference (the "Conference") currently scheduled for March 20, 2025 at 10:00 a.m. until the week of March 24, 2025.

I will be out of the country on vacation the week of March 17, 2025 and will be unavailable to participate in the Conference, which concerns Defendants' pre-motion letter seeking a stay of discovery. (ECF No. 71.)  This is Defendants' first request for an adjournment of the Conference, and the adjournment will not affect any other deadlines in this case.  Plaintiffs do not oppose Defendants' request for an adjournment.  Finally, to the extent Plaintiffs' March 18 opposition contains any applications for relief from the Court requiring a response from Defendants under the Court's Individual Practices, Defendants respectfully request that their time to respond be extended from March 21, 2025 until March 26, 2025.

Thank you for your consideration of the foregoing.

Respectfully submitted,

/s/ Eric B. Hiatt
Eric B. Hiatt
Assistant Corporation Counsel

cc:  All counsel of record
    (via ECF)