UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.W. *by her parent, D.M.*;<br>D.M. *individually and on behalf of D.W.*;<br>E.V. *by his parent, S.V.*;<br>S.V. *individually and on behalf of E.V.*;<br>K.W.H. *by his parent K.M.S.H.*; *and*<br>K.M.S.H. *individually and on behalf of K.W.H.*;<br>*on behalf of themselves and all others similarly situated*,<br><br>     Plaintiffs,<br><br>    – *against* –<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION and DAVID C. BANKS, *in his official capacity as Chancellor of the New York City Department of Education*,<br><br>     Defendants. | **OPINION & ORDER**<br><br>23 Civ. 3179 (ER) |

Ramos, D.J.:

  The parties are directed to appear for an oral argument on Defendants' motion to dismiss, Doc. 65, as well as for a pre-motion conference pursuant to Plaintiffs' request for leave to file a motion to modify or quash subpoenas, Doc. 83, on May 13, 2025, at 10:00 a.m., in Courtroom 619 of the United States Courthouse, 40 Foley Square, New York, NY 10007.

It is SO ORDERED.

Dated: April 30, 2025
    New York, New York

                            EDGARDO RAMOS, U.S.D.J.