MEMO ENDORSED



100 William Street, 6th Floor
New York, NY 10038
Tel 212-417-3700
Fax 212-417-3890
www.mobilizationforjustice.org

May 15, 2026

The Honorable Ona T. Wang
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *D.W. v. N.Y.C. Dep't of Educ.*, **No. 1:23-cv-3179-ER-OW (S.D.N.Y.)**

Dear Judge Wang,

      I write pursuant to Section II.E of the Court's Individual Rules on behalf of all parties seeking to adjourn the Preliminary Settlement Conference Call scheduled for May 28, 2026. *See* ECF No. 136. I make this request for an adjournment because Plaintiffs' counsel is unavailable on that date. Counsel for Plaintiffs and Defendants are both available on June 8, 10, and 11.

      This is the Parties' first request to adjourn the Preliminary Conference Call and all parties have consented to this adjournment request.

                                  Sincerely,

                                  */s/ Sebastian Riccardi*
                                  Sebastian Riccardi

cc:     All counsel of record (via ECF)

SO ORDERED:

Application Granted.  The Conference is rescheduled for June 10, 2026 at 3:00 p.m. Please call Chambers when all parties are on the line.

_____
Ona T. Wang        5/19/26
United States Magistrate Judge