MEMO ENDORSED

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Eric B. Hiatt**
Phone: (212) 356-1958
Fax: (212) 356-1148
erihiatt@law.nyc.gov

July 23, 2026

**VIA ECF**
The Honorable Ona T. Wang
Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *D.W., et al. v. DOE, et al.*, 23-cv-03179 (ER)

Dear Judge Wang:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. I write pursuant to Rule II(e) of Your Honor's Individual Practices in Civil Cases to respectfully request an adjournment of the Preliminary Settlement Conference Call currently scheduled for August 5, 2026 at 3:00 p.m. (ECF No. 139). I will be participating in an in-person oral argument at 2:30 p.m. the same afternoon and will be unable to attend the telephone conference with the Court.

Plaintiffs consent to Defendants' request to an adjournment, and I have confirmed that both parties are available on August 6 after 1 p.m., and generally available on August 7 and August 10. This is Defendants' first request for an adjournment, and the adjournment will not affect any other scheduled dates in this matter.

Thank you for your consideration of the foregoing.

Respectfully submitted,

/s/______________________
Eric B. Hiatt
Assistant Corporation Counsel

**SO ORDERED:**

Application **GRANTED**.
The August 5th conference is rescheduled to
August 6, 2026 at 2:30 p.m.

______________________________
**Ona T. Wang** 7/24/26
United States Magistrate Judge