UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.W. *by her parent*, D.M.; D.M. *individually and on behalf of* D.W.; E.V. *by his parent*, S.V.; S.V. *individually and on behalf of* E.V.; K.W.H. *by his parent* K.M.S.H.; K.M.S.H. *individually and on behalf of* K.W.H.; U.H. *by his guardian* T.G.; T.G. *individually and on behalf of* U.H.; *M.C. individually and on behalf of* E.C.; *and* E.C. *by her parent* M.C.,

Plaintiffs,

*– against –*

NEW YORK CITY DEPARTMENT OF EDUCATION, *and* DAVID C. BANKS, *in his official capacity as Chancellor of the New York City Department of Education*,

Defendants.

**ORDER**

23-cv-3179 (ER)

RAMOS, D.J.:

Plaintiffs filed their first amended complaint on July 25, 2026. Doc. 104. On September 26, 2025, Defendants filed a motion to dismiss, which was fully briefed on October 24, 2025. *See* Docs. 119, 125. That motion is currently pending before the Court.

However, on April 16, 2026, the parties informed the Court that they intended to engage in settlement discussions. Doc 133. The parties requested that the Court issue a referral order to Magistrate Judge Ona T. Wang and stay all discovery deadlines. Doc. 133.[1] In light of this representation, Defendants' motion to dismiss, Doc. 119, is placed off-calendar, subject to renewal by letter motion at the conclusion of the parties' settlement discussions.

[1] The Court granted this request on April 17, 2026. Docs. 134, 135.

The Clerk of the Court is respectfully directed to terminate the motion, Doc. 119.

It is SO ORDERED.

Dated: August 13, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.